GERBER SCIENTIFIC INTER-NATIONAL, INC., Plain-tiff–Respondent,

v.

SATISLOH AG and Satisloh North America, Inc., Defendants–Petitioners.

**Miscellaneous Docket No. 917.**

United States Court of Appeals, Federal Circuit.

Nov. 12, 2009.

*ORDER*

Satisloh AG and Satisloh North America, Inc. move to withdraw their petition for permission to appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.